RE: appellate case number 11-14-00112-CR   PD-0128-15
Trial case number        15154
Style Johnny Eugene Sauis Sr
                v
     the STATE OF TEXAS


To whom it may concern, on 11-21-14 the eleventh district of Texas court of appeals dismissed the appeal in the above case due to failure to file a Pro se response in the above case by the November 10, 2014 deadline as stated by the courts. I mailed in two Pro se Responses to the 29th district court of Palo Pinto County. At the time I did not know that I had to mail the said Pro se Response to the eleventh district court of Texas the only reason I knew to mail the said Pro se Response to the eleventh district of Texas was due to information given to me by someone else. I feel that I have been discriminated against due to my lack of knowledge of the criminal laws associated with the state of Texas. I also feel that I have been discriminated against due to being indigent and mentally unstable. My miranda Rights were not I repeat were not read to me prior to my transport to the mineral wells police department nor were they read to me before my transport to Palo Pinto county jail nor were they read to me prior to Bond setting. My defense attorney Richard Ritchie denied me my right to a jury of my peers. I kept stating my innocence to him and when he presented an application for community supervision It due to the courts

lack of knowledge of my previous felony convictions I repeatedly refused the application and when I was Be littled "are you having a hard time distinguishing the difference between a misdemeanor and a felony?" also I did not and still do not know or understand what a guilty plea memorandum is. I was not told by him that I was filing a guilty plea memorandum. also the mineral wells Police Department violated the false promise act chapter 8:45 "promise that is Positive statements induced By Promises - Texas voluntariness standard and Promises - Promises that is Positive also chapter(s) 8:46 - 49 also violation of article 8:61 warnings required also my attorney did not allow me to view evidence that may have helped prepare for my defense. I feel that I have been discriminated against. I am willing to provide a polygraph test for questions pertaining to this case. If I pass this session please grant me another hearing If I fail the polygraph then I will dismiss any and all future actions against the state for the duration of my sentence (expires 2021) so Please allow me the chance to prove my innocence once and for all. I do not know why the district courts did not forward my P.W.R. Brief to you. also I did not Benefit from any motions filed my Michael Ritchel the 8 years I received was the original 8 years offered By the state before any court hearings were Presented.

my mental status is not normal as you may research my previous criminal activity you can see where I was "enrolled" into a "developmentally disabled offender" program at the volunteers of america on avenue J in Ft. worth texas for a supervised Probation. my wife darline davis is a witness to the lack of miranda warnings read to me I mentioned this to my attorney richard ritchie but he stated that my miranda rights were not required to be read to me at the time of my arrest. also I pray upon the courts to accept my request for article 43.091 waiver of payments of fines and costs for indigent offenders the following articles that I have mentioned were obtained from the west's texas statues and codes 2014 edition these codes were recommended through the 2013 regular and called sessions of the 83 RD legislature these rules are as received through august 1, 2013 Date of offense September 23, 2013 also article 38.21 was violated by the mineral wells police department investigators. I can not understand why you members of the court want to ignore these violations I know that if I had the funds to defend myself we would not be discussing these said violations. like I stated I have presented the courts with my offers and I am willing to have this

After notarized by the state of Texas. I will keep filing notices with you and all the way to the supreme court until these violations are resolved. I may be mentally challenged but I know that what was done to me was wrong. How can I defend myself when I am not able to view evidence. I was arrested in September of 2013 but the DVD's of my wife's testimony to the police department were not reviewed until March 2014, a jury will not believe that you did not hurt your son when you tell them that you were alone with him. Also if you say you did this you will get probation. well that didn't work out like I expected. no evidence or witnesses were called or interviewed at all by my attorney. Please allow me this polygraph. I like I have stated if I violate the polygraph I will no longer communicate with the courts of the state of Texas regarding this case ever again.

sincerely

Johny Davis

also my plea was involuntary

I am aware of the penalties for Perjury and my claims are not perjured statements which is why I'm offering to take a polygraph test. I did not remind the officer of the law "hey you forgot to read me my miranda rights". I do not understand why two lawyers including my own attorney even though appointed by the court would state that having my miranda rights read to me were not required by law but why would it be in the west's Texas codes and Rules Book as a mandatory issue to have your miranda rights read to you. I beg of you the courts to Re-Review my a video interrogation by the mineral wells Police Department and see that Chapter 8:45 was violated" Promise that so Positive" mineral wells Police department Police detective "If you tell me what you did I will tell the DA this was an accident" a law enforcement officer is allowed (permitted) to state to Offender (suspect) any promises that involves a benefit only if the suspect confesses. Also Article 38-22 when statement may be used. so please allow me to perform a polygraph tests so that I can stop wasting your time. also I pray upon the courts to allow me article 43.091 waiver of payments of fines and costs for indigent defendants. Rules as Recieved through August 1, 2013 codes are amended through the 2013 regular and Called Sessions of the 83rd Legislature

Sincerely John Bush

I would like for you to show documentation including in my appellant attorney's orders Brief where it states that I had to send my Pro se Brief to your courts instead of the county courts where I was Prosecuted. I feel that my case (appeal) was wrongfully denied. due to my ignorance with Criminal law. I have never dealt with an appeal before and I have no intelligence when it comes to Criminal law. I still feel that the arresting Officer who was Present at the time of my arrest should be Questioned because I was not read my miranda rights before being transported to the Mineral Wells Police Department or Being transferred to the Palo Pinto county Jail. I was never read my miranda rights at any time before my conviction. this is why I'm Requesting a Polygraph if I fail the polygraph then I will never contact the courts regarding this case ever again I will complete my entire 8 year sentence which gives in 2021 but if I pass the polygraph then I Request a new hearing in this matter and consider johnny austin.

Johnny Davis Jr. #1923674
l US McConnell unit
3001 S Emily Drive
Beeville TX 78102

SAN ANTONIO TX 780
RIO GRANDE DISTRICT
13 FEB 2015 PM 3 L

Court of appeals
Eleventh District of Texas
P.v. BoX 271
Eastland TX 76448

7644802717I